# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

___

KATHERINE M. BAKER,

Plaintiff,

v.

DJO, L.L.C.; DJO, INC.; I-FLOW
CORPORATION; MCKINLEY
MEDICAL, L.L.C.; MOOG, INC.;
CURLIN MEDICAL, INC.; ABBOTT
LABORATORIES; and HOSPIRA,

Defendants.

Civil No. 09-2898 (JRT/JJK)

**ORDER TO DISMISS WITHOUT
PREJUDICE**

___

E. Frank Woodson, Matthew Munson, **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC,** Post Office Box 4160, Montgomery, AL 36103; Yvonne Flaherty, Richard Lockridge, **LOCKRIDGE GRINDAL NAUEN PLLP,** 100 Washington Avenue Street, Suite 2200, Minneapolis, MN 55401, Gregory McEwen, **MCEWEN LAW FIRM, LTD,** 5850 Blackshire Path, Inver Grove Heights, MN 55076; Heather Brann, Leslie O'Leary, Michael Williams, and Thomas Powers, **WILLIAMS LOVE O'LEARY & POWERS, PC,** 9755 Southwest Barnes Road, Suite 450, Portland, OR 97225; Laura Kalur, **KALUR LAW OFFICE,** 9755 Southwest Barnes Road, Suite 450, Portland, OR 97225, for plaintiff.

Frederick Fern, **HARRIS BEACH, PLLC,** 100 Wall Street, New York, NY 10005, Jerry Blackwell, Karen Bohaty, **BLACKWELL BURKE PA,** 431 South Seventh Street, Suite 2500, Minneapolis, MN 55415, for Defendants McKinley Medical, L.L.C., Moog, Inc., and Curlin Medical, Inc.

Sara Daggett and Jeannine Lee, **FLYNN GASKIN & BENNETT, LLP,** 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402 for Defendants Hospira, Inc. and Abbott Laboratories.

Bradley Lindeman, Elizabeth Snyder Poeschl, and Jon Russell, **MEAGHER & GEER, PLLP,** 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402 for Defendants DJO, L.L.C. and DJO Incorporated.

Michael Lindberg, **JOHNSON & LINDBERG, PA,** 7900 International Drive, Suite 960, Minneapolis, MN 55425 for Defendant I-Flow Corporation.


This matter is before the Court upon the Stipulation for Dismissal Without Prejudice of Defendants Abbott Laboratories and Hospira, Inc., filed by the parties on September 23, 2010 [Docket No. 87].

**IT IS HEREBY ORDERED** that Defendants Abbott Laboratories and Hospira, Inc. are **DISMISSED WITHOUT PREJUDICE**, and without costs or disbursements to any party.


DATED: October 8, 2010
at Minneapolis, Minnesota.

_____s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge